Richard E. Clark, Esq., State Bar No. 009052
General Counsel, AOM Group, LLC
2942 N.24th St., Ste. 109
Phoenix, Arizona 85016

E-mail: richardc@theaomgroup.com
Phone: 602-325-8361
FAX:   602-293-3801

Attorney for AOM Group, LLC Trustee for Eagle Eye Land Trust
Defendant's Trust

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AOM, GROUP, LLC, TRUSTEE OF EAGLE EYE LAND TRUST, FELIPE GONZALEZ, BENEFICIARY,<br><br>Plaintiff,<br>V.<br><br>LOANCITY; PRESCOTT TITLE; CITIMORTGAGE, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; MICHAEL A BOSCO, JR.; FEDERAL HOME LOAN MORTGAGE COPR., ITS ASSIGNEES AND/OR SUCCESSORS-IN-INTEREST, AND DOES 1-40,<br><br>Defendant(s) | Case No. CV-10-0088-PHX-GMS<br><br>NOTICE OF NOTICE OF FILING CHAPTER 13 BANKRUPTCY |

NOTICE IS HEREBY Plaintiff's Beneficiary, Felipe Gonzalez filed a Chapter 13 petition in bankruptcy on 2/1/2010 case number 2:10-bk-02566-CGC.

*Page 1 of 2 NOTICE OF FILING OF CHAPTER 13 BANKRUPTCY*

Respectfully submitted this 15th day of February, 2010

/Richard E. Clark/
Richard E. Clark
Attorney for AOM Group, LLC

**Certificate of Service**

I hereby certify that on February 15, 2010, I electronically transmitted the attached document to the United States District Court clerk's office using the CM/ECF System for filing and transmittal of a Notice Of Electronic Filing to the following CM/ECF registrants:

Leonard J. McDonald, Jr.
William M. Fischbach,
Tiffany & Bosco, PA
Third-Floor Camelback Esplanade II
2525 E. Camelback Rd.
Phoenix, AZ 85016
Attorney for Michael A. Bosco, Jr.

Steven D. Hoffman
Aaron T. Goodman
Lewis, Brisbois, Bisgaard & Smith, LLP
Phoenix Plaza Tower II
2929 N. Central Ave., Suite 1700
Phoenix, AZ 85012-2761
Attorneys for CitiMortgage, Inc
and Federal Home Loan Mortgage Corp.

I hereby certify that on February 15, 2010, I served the attached document by US mail on a following, who are not registered participants of the CM/ECF System:

None

/Richard E. Clark/
Richard E. Clark